FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
~~NORTHERN~~ DIVISION
** EASTERN**

JAN 17 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR NO ~~2~~ 3:07cr06-MEF |
| v. ) | |
| ) | [18 U.S.C. 911] |
| LUIS ANTONIO BENITEZ-GOMEZ ) | |
| ) | **INDICTMENT** |

COUNT 1

On or about the 22nd day of August, 2006, in ~~Montgomery~~ Lee County, Alabama, in the Middle District of Alabama, the defendant,

LUIS ANTONIO BENITEZ-GOMEZ,

did falsely and willfully represent himself to be a citizen of the United States, in violation of Title 18, United States Code, Section 911.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
A. CLARK MORRIS
Assistant United States Attorney

** INDICTMENT AMENDED ON 1/23/07 PER ORDER OF THE COURT**