IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Cr. No.  2:07cr06-MEF |
| LUIS ANTONIO BENITEZ-GOMEZ | ) | |

UNITED STATES' MOTION TO CORRECT ERROR IN INDICTMENT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to allow an amendment to the indictment of the above-styled cause. As grounds for this motion, the government states as follows:

1. The indictment filed herein incorrectly lists the violation as taking place in Montgomery County in the Northern Division of Alabama. The violation actually took place in Lee County and would, therefore, be in the Eastern Division of the Middle District of Alabama.

2. The United States respectfully requests that this Honorable Court amend the indictment and all pleadings heretofore filed to reflect the place of the violation as Lee County, Eastern Division in the Middle District of Alabama, and amend the case number accordingly.

Respectfully submitted this the 22nd day of January, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/A. Clark Morris
A. CLARK MORRIS    ASB-1613-N77A
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280   Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov