IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-006-MEF |
| | ) | |
| LUIS ANTONIO BENITEZ-GOMEZ | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Correct Error in Indictment (Doc. #4) filed on January 22, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 23rd day of January, 2007.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE