IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 3:07CR6-MEF |
| | ) | |
| LUIS ANTONIO BENITEZ-GOMEZ | ) | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE SHERIFF AND/OR KEEPER OF   ALABAMA DEPT. OF CORRECTIONS
                                  BIBB CORRECTIONAL FACILITY, BRENT, AL.
and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETINGS:

We command you, that you have the body of **LUIS ANTONIO BENITEZ-GOMEZ**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the courtroom of said court, in the city of MONTGOMERY on **January 31, 2007, at 10:00 A.M.**, to answer charges pending in said court and for such other proceedings as may appear proper to the court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE, this the 24th day of January, 2007.

**RETURNED UNEXECUTED**

**RETURNED AND FILED JAN 2 5 2007 CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.**

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

BY: /s/ Kell Gregg
Deputy Clerk