In The U.S. District Court for
Middle Distict of ALABAMA

Motion for Fast and Speed Trial

Now comes Defendant Luis Antonio Benitez Request this honoRABle Court to allow him to exercise his sixth Amendment Right thats fowarded to him by the United States Constition and have a trial Date set for him in A Timely manner.

Done this Feb 06 2007

Respectfully Submitted
Luis Benitez

Luis, Antonio Benitez
AIS # 248653
CR# 07-06-MEF

7-6-07
Laura Kins 9-1-2010