UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | CR. NO.  3:07- cr-06-MEF |
| ) | |
| LUIS ANTONIO BENITEZ-GOMEZ ) | |

MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an indictment against LUIS ANTONIO BENITEZ-GOMEZ, now in custody of the Alabama Department of Corrections, Bibb Correction Facility, Brent, Alabama, and that said cause is set for arraignment at 10am on March 7, 2007, before this Honorable Court to be held at Montgomery, Alabama.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to the Alabama Department of Corrections, Bibb Correction Facility, Brent, Alabama, commanding them to deliver said prisoner, LUIS ANTONIO BENITEZ-GOMEZ, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court at Montgomery, Alabama.

Respectfully submitted this 8th day of February, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/ A. Clark Morris
A. CLARK MORRIS    ASB-1613-N77A
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280  Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | CR. NO. 3:07- cr-06-MEF |
| ) | |
| LUIS ANTONIO BENITEZ-GOMEZ ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc.#), filed February 8, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Alabama Department of Corrections, Bibb Correction Facility, Brent, Alabama, commanding them to deliver the said prisoner, LUIS ANTONIO BENITEZ-GOMEZ, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama, for arraignment at 10am on March 7, 2007, and to return said prisoner, to said official when the Court has finished with him.

DONE this the _____ day of February, 2007.

_____
UNITED STATES MAGISTRATE JUDGE