IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 3:07CR6-MEF |
| | ) | |
| LUIS ANTONIO BENITEZ-GOMEZ | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE SHERIFF AND/OR KEEPER OF   BIBB CORRECTIONAL FACILITY
                                   BRENT, ALABAMA
and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETINGS:

We command you, that you have the body of __LUIS ANTONIO BENITEZ-GOMEZ__, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the courtroom of said court, in the city of MONTGOMERY on **March 7, 2007, at 10:00 A.M.**, to answer charges pending in said court and for such other proceedings as may appear proper to the court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE, this the 8th day of February, 2007.

                    DEBRA P. HACKETT, CLERK
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF ALABAMA

                    BY: /s/ Kell Gregg
                        Deputy Clerk