IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07cr006-MEF |
| | ) | |
| LUIS ANTONIO BENITEZ-GOMEZ | ) | |

## **ORDER**

Upon consideration of defendant's pro se motion for fast and speedy trial (Doc. # 10), filed February 8, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Defendant will be given an initial appearance, arraigned, and set for speedy trial as provided by the Federal Rules of Criminal Procedure at such time as defendant is arrested on a federal warrant.

DONE, this 12th day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE