IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

MIDDLE DIVISION

RECEIVED

2007 FEB 21  A 10: 06

DEBRA P. HACKETT, CL...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES                              :

                                           :

                                           :

vs.                                        :      CR #___07-06-MEF_____

                                           :

                                           :      AIS#____248653_____

                                           :

LUIS ANTONIO BENITEZ-GOMEZ                 :

                                           :


MOTION FOR FINAL DISPOSITION OF CHARGES

SPEEDY TRIAL ACT ¶ 18 uscs 3161

Please take notice, the defendant Luis Antonio Benitez-Gomez hereby respectfully
submits this his request for the final disposition of the charge of_____
IMPERSONATING CITIZEN OF THE UNITED STATES, VIA demand for fast and speedy
trial pursuant to the Federal Criminal Code and Rules.


The detainer pursuant to the detainer act has been filed with the Alabama
Department Of Corrections, Detainer Division, P.O. Box 301501, Montgomery,
Alabama 36130.


                         Very truly yours,

                         _Luis Benitez_ #248653
                         Luis Antonio Benitez-Gomez
                         Bibb County Correctional Facility
                         565 Bibb Lane
                         Brent , Alabama 35034

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 FEB 21  A 10: 06

RA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES

vs. v.

Luis Antonio BENITEZ-GOMEZ

¶
¶
¶
¶
¶
¶
¶
¶

CR #___07-06-MEF_____
Impersonating Citizen Of United States

AIS#___248653_____
                    Alabama Department Of Corrections

## MOTION FOR A SPEEDY DISPOSITION

SPEEDY TRIAL ACT ¶ 18 USCS 3161

Comes now, Luis Antonio Benitez-GOMEZ and moves this honorable court, in accordance with

the Constitutions of the State of Alabama and the United States of America, and

pursuant to the Speedy Trial Act 18 USCS 3161   for the disposition of my detainer

at the earliest possible date. I have been notified by the Alabama Department of

Corrections that a detainer has been placed in my institutional file, and I thus move

this honorable court to expeditiously resolve the said detainer.

Respectfully submitted this the 20th day of February_____, 20 07.

___LuisA Antonio BENITZ GOMEZ___  AIS: ___248653_____
                    Defendant

Bibb Correctional Facility
565 Bibb Lane
Brent, Alabama 35034

CERTIFICATE OF SERVICE

I _LUIS, ANTONIO, BENITEZ_, hereby certify that on this the _Feb 19_

day of _Feb_____, 2007 have executed a copy of this

instrument via first class U.S. postal service, properly addressed

to;

UNITED STATES ATTOREY OFFICE

U.S. ATTORNEY

MIDDLE DISTRICT OF ALABAMA

MONTGOMERY, ALABAMA 36103

_____
LUIS ANTONIO BENITEZ- GOMEZ #Z48653
Bibb County Correctional Facility
565 Bibb Lane
Brent, Alabama 35034