| | | |
|---|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE: March 7, 2007** | |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING: 10:07 - 10:14** | |

√ ARRAIGNMENT ❐ CHANGE OF PLEA ❐ CONSENT PLEA
❐ RULE 44(c) HEARING ❐ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 3:07cr06-MEF   **DEFENDANT NAME:** Luis Antonio Bentiez-Gomez
**AUSA:** Clark Morris   **DEFENDANT ATTORNEY:** Robin Konrad

Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( )NO; (√)YES   Name: Beverly Childress

---

√ This is defendant's **FIRST APPEARANCE.**
√ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
√ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
❐ **WAIVER OF INDICTMENT** executed and filed.
❐ **INFORMATION** filed.
❐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   √ Not Guilty
   ❐ Guilty as to:
      ❐ Count(s):
      ❐ Count(s):      ❐ dismissed on oral motion of USA
         ❐ to be dismissed at sentencing
❐ Written plea agreement filed   ❐ **ORDERED SEALED**
❐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ **CRIMINAL TERM:**   April 23, 2007   .
   **DISCOVERY DISCLOSURE DATE:   3/7/07**
❐ **ORDER:** Defendant continued under ❐ same bond; ❐ summons; for:
   ❐ Trial on _____; ❐ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal for:
   ❐ Trial on _____; or ❐ Sentencing on _____
❐ Rule 44 Hearing:   ❐ Waiver of Conflict of Interest Form executed
      ❐ Defendant requests time to secure new counsel