IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07cr0006-MEF |
| | ) | WO |
| LUIS ANTONIO BENTIEZ-GOMEZ | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's pro se motion for fast and speedy trial (Doc. # 15), filed February 21, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Defendant is set for trial during the criminal term commencing on April 23, 2007.

DONE, this 8th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE