COURTROOM DEPUTY MINUTES  DATE: APRIL 11, 2007  FTR RECORDING: 3:33 – 3:54

MIDDLE DISTRICT OF ALABAMA  COURT REPORTER: Mitchell Reisner

- ☐ **ARRAIGNMENT**
- ✓ **CHANGE OF PLEA**
- ☐ **CONSENT PLEA**
- ☐ **RULE 44(c) HEARING**
- ☐ **SENTENCING**

PRESIDING MAG. JUDGE: SUSAN R. WALKER          DEPUTY CLERK: WANDA STINSON
CASE NUMBER: 3:07-CR-6-MEF-SRW                DEFENDANT NAME: LUIS ANTONIO BENITEZ-GOMEZ
AUSA: A. CLARK MORRIS                         DEFENDANT ATTY: Kevin Butler
USPTS/USPO: _____                             Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; ✓ CDO

Defendant ____ does ✓ does NOT need and interpreter. Name: Beverly Childers

- ☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)
- ☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
- ☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.
- ☐ **WAIVER OF INDICTMENT** executed and filed.
- ☐ **MISDEMEANOR INFORMATION** filed.
- ☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**  ☐ Not Guilty  ☐ Nol Contendere  ☐ Not Guilty by reason of insanity
✓ Guilty as to:  ✓ Count(s) 1 of the **Indictment**
☐ Count(s) _____  ☐ dismissed on oral motion of USA
☐ To be dismissed at sentencing.

- ✓ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
- ☐ No Plea Agreement entered  ✓ Written plea agreement filed.  ☐ **ORDERED SEALED.**
- ✓ **ORAL ORDER** Adjudicating defendant guilty.
- ☐ **ORDER:** Defendant Continued ☐ same Conditions/Bond imposed by Mag. Judge;
  ☐ Released on Bond & Conditions of Release for:
  ☐ Trial on _____; ☐Sentencing on _____; ☐ to be set by Separate Order
- ✓ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
  ☐ Trial on ____; or ✓ Sentencing on _____ ✓ Set by separate Order.