IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 3:07-cr-006-MEF |
| ) | |
| LUIS ANTONIO BENITEZ-GOMEZ ) | |

# **O R D E R**

It is hereby ORDERED that the sentencing hearing set in this case on June 20, 2007 is continued to August 13, 2007 at 9:00 A.M. at the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 8th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE